THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREW DI CARLO, Appellant.

*Crimes — murder in first degree — conviction affirmed.*

(Argued June 9, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Supreme Court rendered December 29, 1919, at a Trial Term for the county of Chemung, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Michael O'Connor* and *David N. Heller* for appellant.

*Raymond F. Nichols* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.